# In the United States Court of Federal Claims

No. 23-958

(Filed: August 10, 2023)

(NOT TO BE PUBLISHED)

|  |  |
|---|---|
| **JAMIE BURKE,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **UNITED STATES**, | ) ) |
| Defendant. | ) ) ) |

ORDER FOR DISMISSAL

Plaintiff, proceeding *pro se*, filed a complaint in the court on June 14, 2023. *See* Compl., ECF No. 1. She alleges that Idaho state Judge Calvin Campbell violated her rights and "may not be a real judge." *See* Compl. She alleges violations of her constitutional rights, civil rights, and certain criminal statutes, including 18 U.S.C. §152(2) and that all judges in Twin Falls, Idaho need to be investigated. *See* Compl. Furthermore, she makes additional claims against the governor of Idaho and the former President, alleging that "Idaho Governor Brad Little along with Trump [] used the Blackfoot Idaho Law Enforcement and the Idaho justice system to have [her] husband and [her] profiled and killed," for example. *See* Compl. In addition to filing this complaint on June 14, 2023, plaintiff simultaneously filed 20 additional complaints in this court.[1]

To proceed with a civil action in this court, a plaintiff must either pay $402.00 in fees—a $350.00 filing fee plus a $52.00 administrative fee—or request authorization to proceed without

---

[1] *See, e.g., Burke v. United States*, No. 23-951-TMD (filed June 14, 2023); *Burke v. United States*, No. 23-952-TMD (filed June 14, 2023); *Burke v. United States*, No. 23-953-EDK (filed June 14, 2023); *Burke v. United States*, No. 23-954-KCD (filed June 14, 2023); *Burke v. United States*, No. 23-955-EHM (filed June 14, 2023); *Burke v. United States*, No. 23-957-CLN (filed June 14, 2023); *Burke v. United States*, No. 23-960-RTH (filed June 14, 2023); *Burke v. United States*, No. 23-961-DAT (filed June 14, 2023); *Burke v. United States*, No. 23-965-MBH (filed June 14, 2023); *Burke v. United States*, No. 23-966-CNL (filed June 14, 2023); *Burke v. United States*, No. 23-968-EHM (filed June 14, 2023); *Burke v. United States*, No. 23-970-EHM (filed June 14, 2023); *Burke v. United States*, No. 23-972-DAT (filed June 14, 2023); *Burke v. United States*, No. 23-973-MBH (filed June 14, 2023); *Burke v. United States*, No. 23-975-AOB (filed June 14, 2023); *Burke v. United States*, No. 23-976-EGB (filed June 14, 2023).

prepayment of fees by submitting a signed application to proceed *in forma pauperis* ("IFP").  See 28 U.S.C. §§ 1914, 1915.  Plaintiff did neither.  On July 10, 2023, the court ordered plaintiff to file an application to proceed IFP or to pay the $402.00 fee by August 9, 2021.  Order of July 10, 2013, ECF No. 6.  She again did neither.

Rule 41 of the Rules of the Court of Federal Claims ("RCFC") provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss on its own motion."  RCFC 41(b).  Therefore, because plaintiff has failed to file an application to proceed IFP or submit the fee, the complaint shall be DISMISSED.  Because of this order for dismissal, defendant's motion to dismiss, filed on August 9, 2023, is DENIED as moot.  *See* Def.'s Mot. to Dismiss, ECF No. 8.

The clerk is directed to enter judgment in accord with this disposition.

It is so **ORDERED**.

s/ Charles F. Lettow  
Charles F. Lettow  
Senior Judge